IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DUANE H. PANTER; et al,

    Defendants.

Civ. No. 11-3052-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983).

    I have given this matter *de novo* review. I find no error in the Report and Recommendation.

1 - ORDER

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#23-1) is adopted. Defendant Panter's Motion to Dismiss (#11) is DENIED. Judge Clarke previously denied as moot defendant Malloy's Motion to Dismiss (#9). (#53.)

IT IS SO ORDERED.

DATED this 22 day of September, 2011.

*OWEN M. PANNER*
OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER