IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

DUANE H. PANTER; MARCIA DOERR,
Trustee of Saved by Grace, a Trust;
PHYLLIS PANTER, Trustee of the
Panter Family Trust; FIRST
AMERICAN TITLE COMPANY; CACV of
Colorado, LLC; and JACKSON COUNTY,
OREGON,

    Defendants.

1:11-cv-3052-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation (# 91), and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although the

1 - ORDER

notice of the Report sent by the Clerk to defendant Panter was returned unopened with an unsigned note, defendant Panter did not file objections to the Report. Although no objections have been filed, I review the legal principles *de novo*. See <u>Lorin Corp. v Goto & Co., Ltd.</u>, 700 F.2d 1202, 1206 (9th Cir. 1983).

I find no error in the report. Magistrate Judge Clarke's Report and Recommendation (# 91) is adopted.

IT IS SO ORDERED.

DATED this __12__ day of April, 2012.

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER