IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

DUANE H. PANTER; MARCIA DOERR,
Trustee of Saved by Grace, a Trust;
PHYLLIS PANTER, Trustee of the
Panter Family Trust; FIRST
AMERICAN TITLE COMPANY; CACV of
Colorado, LLC; and JACKSON COUNTY,
OREGON,

      Defendants.

1:11-cv-3052-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation (# 105), and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no

1 - ORDER

objections have been filed, I review the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983). I find no error in the report. Magistrate Judge Clarke's Report and Recommendation (# 105) is adopted.

IT IS SO ORDERED.

DATED this 21 day of June, 2012.

*Owen M. Panner*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER